| Attorney or Party without Attorney:<br>Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501<br>Telephone No: 510-523-4702    FAX No: 510-747-1640 | | | | For Court Use Only<br><br>**FILED**<br>JUL 2 5 2008<br><br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Rommel E. Aguilar, et al | | | | |
| **PROOF OF SERVICE**<br>**S&C** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082084 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served:           Rommel E. Aguilar
   b. Person served:          Jennifer Doe, wife and occupant, White, Female, 35 Years Old, Blond Hair, Blue Eyes, 5 Feet 6 Inches, 125 Pounds

4. Address where the party was served:    406 Ronsheimer Road
                                          Penngrove, Ca 94951

5. I served the party:
   b. **by substituted service.** On: Mon., Jul. 14, 2008 at: 6:45PM I left the documents listed in item 2 with or in the presence of:
      Jennifer Doe, wife and occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Richard Stitts, Jr.                          d. **The Fee** for Service was:    $55.00

   LEGAL EXPRESS LTD.         e. I am: (3) registered California process server
   1831 HARTMAN LN.              (i)   Owner
   P.O. BOX 808001
   PETALUMA, CA 94975-8001       (ii)  Registration No.:    P-402
   PHONE 707-765-6765            (iii) County:              Sonoma
   FAX 707-765-6762

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Jul. 15, 2008

   Judicial Council Form POS-010            PROOF OF SERVICE            (Richard Stitts, Jr.)
   Rule 2.150.(a)&(b) Rev January 1, 2007   S&C                         cosent.163354

| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702   FAX No: 510-747-1640 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Rommel E. Aguilar, et al | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV082084 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons and Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Tue., Jul. 15, 2008
   b. Place of Mailing:          Petaluma, Ca  94975
   c. Addressed as follows:      Rommel E. Aguilar
                                 406 Ronsheimer Road
                                 Penngrove, Ca  94951

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 15, 2008 in the ordinary course of business.

5. Person Serving:
   a. Ioanna Asimos
   b. Legal Express Limited
      P.O. Box 808001
      Petaluma, Ca  94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $55.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   115
      (iii) County:             Marin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Jul. 15, 2008

   (Ioanna Asimos)

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   cosent.163354

| Attorney or Party without Attorney:<br>Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-523-4702   FAX: No: 510-747-1640 | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Northern District Of California |
| Plaintiff: United States Of America, et al |
| Defendant: Rommel E. Aguilar, et al |

| **Due Diligence**<br>S&C | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082084 |
|---|---|---|---|---|

1. I, Richard Stitts, Jr., and any employee or independent contractors retained by Legal Express Limited are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Rommel E. Aguilar as follows:

2. *Documents:*   Summons and Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 07/11/08 | 6:48pm | Home | No answer at the residence address.; Attempt made by: Richard Stitts, Jr.. Attempt at: 406 Ronsheimer Road  Penngrove Ca. 94951. |
| Sun | 07/13/08 | 8:14pm | Home | No answer at the residence address.; Attempt made by: Richard Stitts, Jr.. Attempt at: 406 Ronsheimer Road  Penngrove Ca. 94951. |
| Mon | 07/14/08 | 6:43pm | Home | Substituted Service effected by leaving copy of the document(s) with; Jennifer Doe, wife and occupant. Attempt made by: Richard Stitts, Jr.. Attempt at: 406 Ronsheimer Road  Penngrove Ca. 94951. |

3. *Person Executing*
   a. Richard Stitts, Jr.
   **b. Legal Express Limited**
      P.O. Box 808001
      Petaluma, Ca 94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d.. The Fee** *for service was:* $55.00
   e. *I am:* (3) registered California process server
      (i) Employee
      (ii) Registration No.:   P-402
      (iii) County:   Sonoma

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jul. 15, 2008     **Due Diligence**     (Richard Stitts, Jr.)