1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROMMEL E. AGUILAR

    Defendant(s).
_____/

NO. CV 08 2084 SLM

**MOTION TO ENTER DEFAULT FOR FAILING TO PLEAD**

To:   Richard W. Wieking, Clerk
      United States District Court
      Northern District of California

   PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 19, 2008        By: _____
                                  MICHAEL COSENTINO
                                  Attorney for Plaintiff