```
 1 │ MICHAEL COSENTINO, State Bar No. 83253
   │ Attorney at Law
 2 │ P.O. Box 129
   │ Alameda, CA  94501
 3 │ Telephone: (510) 523-4702
 4 │ Attorney for Plaintiff
   │ United States of America
 5 │
 6 │
 7 │
 8 │              IN THE UNITED STATES DISTRICT COURT
 9 │            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,
   │                                      Case No. CV 08 2084 SLM
12 │              Plaintiff,
13 │      vs.
   │                                      PROOF OF SERVICE
14 │ ROMMEL E. AGUILAR
   │              Defendant.
15 │ _____ /
16 │      See attached list:
17 │
18 │
...
28 │
```

**FILED**
AUG 21 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On August 19, 2008, I served the

**MOTION TO ENTER DEFAULT FOR FAILING TO PLEAD,**

**DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT, and**

**[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

ROMMEL E. AGUILAR
406 RONSHEIMER ROAD
PENNGROVE, CA 94951-8698

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 19, 2008 at Alameda, California.

MICHAEL COSENTINO