**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                           415.522.2000

August 26, 2008

RE: CV 08-02084 SLM        USA-v- ROMMEL E AGUILAR

Default is entered as to Rommel E. Aguilar on August 26, 2008.

                              RICHARD W. WIEKING, Clerk

                              by Lashanda Scott
                              Case Systems Administrator

NDC TR-4  Rev. 3/89