1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA              NO. CV 08 2084 SLM

                Plaintiff,
12                                       **JUDGMENT ON DEFAULT**
         v.

14 ROMMEL E. AGUILAR

                Defendant.
15 _____ /

16       In the above entitled action, the defendant ROMMEL E. AGUILAR having been duly
17 served with the Summons and a copy of the Complaint in the action, and the defendant
18 having failed to appear, answer, plead, or otherwise defend in the action within the time
19 allowed by law, or at all, and default having been duly entered; and it further appearing that
20 plaintiff's claim against the defendant is for a sum certain and for interest which can by
21 computation be made certain and for costs; and, it further appearing that a declaration on
22 behalf of the plaintiff required by Rule 55 has been filed, setting forth the amounts due
23 plaintiff from said defendant in accordance with the prayer of the Complaint, and also
24 setting forth that defendant is not an infant or incompetent person or in the military service
25 of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940,
26 as amended, or otherwise entitled to the benefits of said Act, and praying that Judgment
27 be entered herein.
28       NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

1     IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
2 and from the defendant, ROMMEL E. AGUILAR, the sum of $8,425.98 as principal,
3 interest, attorney fees, and costs; interest from the date of this judgment at the current legal
4 rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be
5 compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment
6 is herewith entered accordingly.

7

8 JUDGMENT ENTERED: __AUG 2 6 2008__

9

10                                     RICHARD W. WIEKING, Clerk
                                      United States District Court

11

12                                     LASHANDA SCOTT
                                    _____
                                    Deputy Clerk

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT ON DEFAULT                                                                                        2