**MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
**P.O. Box 129**
**Alameda, CA 94501**

**Telephone:  (510) 523-4702**
**Facsimile:   (510) 747-1640**

Attorney for the Plaintiff
United States of America

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,                    ) | Case No. **CV 08 2084 SLM** |
| ) | |
| Plaintiff,     ) | **NOTICE OF** |
| ) | **PLAINTIFF'S WITHDRAWAL** |
| ) | **OF HEARING ON** |
| ) | **ORDER FOR JUDGMENT** |
| v.                    ) | **DEBTOR EXAM** |
| ) | |
| **ROMMEL E. AGUILAR**,                    ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

        NOTICE IS HEREBY GIVEN THAT Plaintiff and judgment creditor, United States

of America, by and through its attorney of record, hereby withdraws the hearing on its

Order for Judgment Debtor Exam that is set for August 8, 2014, at 9:00 A.M., in courtroom

G, in the above entitled matter.

Dated: July 18, 2014                                    _____/s/_____
                                                                    MICHAEL COSENTINO
                                                                    Attorney for Plaintiff
                                                                    United States of America

Dated: 7/22/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA